

**Entered on Docket
October 29, 2010**

_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re ) Case No. 10-52078
) 
ALEXANDER ARCHIE, ) Chapter 13
) 
) Date: September 10, 2010
Debtor. ) Time: 1:30 p.m.
) 

**ORDER**

It was represented to the court at the hearing that the parties had resolved the motion by Wells Fargo Bank, N.A., for relief from the automatic stay by stipulation. However, no stipulation has been filed and the proposed order lodged by Wells Fargo Bank is not signed by the debtor or the trustee to indicate their acceptance of its terms. Therefore, the motion is ORDERED DISMISSED WITHOUT PREJUDICE. Also, rather than re-file the motion, the motion may be re-set for further hearing.